[Nos. 15875-6-III; 16445-4-III.    Division Three.    December 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES C.
MILLER, *Appellant*.

*In the Matter of the Personal Restraint of* JAMES
CALVIN MILLER, *Petitioner*.

Appeal from a judgment of the Superior Court for Aso-
tin County, No. 96-1-00035-5, John M. Lyden, J., entered
June 7, 1996, together with a petition for relief from

personal restraint. Judgement *reversed* and petition *granted* by unpublished opinion per Burchard, J. Pro Tem., concurred in by Sweeney, C.J., and Kurtz, J. Now published at 89 Wn. App. 364.